IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| Sandstrom Products Company | ) |
| --- | --- |
| | ) Civil Action No.: 09-cv-1836 |
| Plaintiff | ) |
| | ) |
| v. | ) Judge St. Eve |
| | ) |
| Universal Building Products, Inc. | ) Magistrate Judge Keys |
| | ) |
| Defendant | ) |

**MOTION FOR ENTRY OF CONSENT JUDGMENT
AND PERMANENT INJUNCTION**

Now comes Plaintiff SANDSTROM PRODUCTS COMPANY, by and through its attorneys, pursuant to Rule 58 of the Federal Rules of Civil Procedure, and represents that the parties, having reached a settlement in the above captioned case, hereby moves this Court to enter the proposed Consent Judgment and Permanent Injunction attached hereto. The proposed Consent Judgment and Permanent Injunction has been signed by both Parties to this action.

Respectfully submitted,

SANDSTROM PRODUCTS COMPANY

Date: April 29, 2009

s/ Mark J. Nahnsen
Dennis M. McWilliams
Mark J. Nahnsen
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
Telephone: 312-357-1313
Facsimile: 312-759-5646

Attorneys for the Plaintiff

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **MOTION FOR ENTRY CONSENT JUDGMENT AND PERMANENT INJUNCTION** has been served via by electronic means as part of the Court's electronic case filing system under Local Rule 5.9 and by First Class Mail, properly addressed, postage prepaid, to:

> John T. Wiedemann
> Calfee, Halter & Griswold LLP
> 1400 KeyBank Center
> 800 Superior Avenue
> Cleveland, Ohio 44114-2688
> 216-622-8282 Direct
> 216-241-0816 Facsimile

on this 29th day of April, 2009.

s/ Mark J. Nahnsen